**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT J. GALLAGHER, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:20-cv-01083-SEP |
| SANTANDER CONSUMER USA INC., | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Santander Consumer USA Inc. and against Plaintiff, Robert J. Gallagher.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**, with prejudice.

Dated this 30th day of September, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE